ALEXANDER HAMILTON INSTITUTE, Appellant, *v.* HERMAN A. FOLGNER, Respondent.

Supreme Court, Appellate Term, First Department, June 21, 1938.

*Harry L. Schein,* for the appellant.

*Goldman & Frier,* for the respondent.

PER CURIAM. The defense attempts to show by parol that the written contract sued upon was to be ineffectual, if the defendant decided to discontinue the course of studies. This proof would be inadmissible (*Jamestown Business College Assn.* v. *Allen,* 172 N. Y. 291), and hence no triable issue remained.

Order reversed, with ten dollars costs, and motion granted.

All concur. Present — LYDON, FRANKENTHALER and NOONAN, JJ.